DECEMBER 14, 1983

No. 83–836. GLASSEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.